UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number: 15-14200-CIV-MARTINEZ-LYNCH

JOSEPH POLTRACK,

    Plaintiff,

vs.

AJAY TRANSPORTATION, INC., a Florida
profit corporation,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AND MUTUAL RELEASE AND DISMISSING COMPLAINT WITH PREJUDICE

This CAUSE came before the Court upon receipt of Plaintiff's Motion to Approve Settlement and Mutual Release, and Dismiss Complaint with Prejudice [ECF No. 12], indicating that the parties have reached a settlement. When a private action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*, as is the case with the instant action, the court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Plaintiff Joseph Poltrack has filed a copy of the Settlement Agreement [ECF No. 12-1] for the Court to review. After careful consideration of the Settlement Agreement, the Court finds that it represents a fair and reasonable resolution of a bona fide FLSA suit. *See Lynns' Food Stores, Inc.*, 679 F.2d at 1353.

**ORDERED and ADJUDGED** that this action be **DISMISSED with prejudice.** This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this

case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of July, 2015.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record